THE ALMSTEAD ELECTRIC COMPANY, Respondent, *v.* FRANK F. PULVER, Appellant, Impleaded with Others.

*Almstead Electric Co.* v. *Pulver*, 118 App. Div. 919, appeal dismissed. (Submitted June 3, 1907; decided June 11, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

The motion was made upon the grounds that the appellant was not aggrieved by the judgment appealed from, that the exceptions were frivolous and permission to appeal had not been obtained.

*Christopher C. Werner* for motion.

*George D. Forsyth* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

WALTER T. DANIEL, Appellant, *v.* THE MANHATTAN LIFE INSURANCE COMPANY, Respondent.

*Daniel* v. *Manhattan Life Ins. Co.*, 113 App. Div. 912, appeal dismissed. (Submitted June 3, 1907; decided June 11, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 21, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the grounds that the action was one to recover for services in which the affirmance by the Appellate Division was unanimous and permission to appeal had been denied.

*Edward S. Rapallo* for motion.

*George W. McKenzie* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.